**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
LOU ANN FEUERSTEIN

Chapter 13

    Debtor

Bankruptcy No. 17-17492-AMC

# O R D E R

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 7, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1060 N. KINGS HIGHWAY SUITE 333
CHERRY HILL, NJ 08034-

Debtor:
LOU ANN FEUERSTEIN

7134 ERDRICK ST

PHILADELPHIA, PA 19135